USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARING INDUSTRIES, INC.,

    Plaintiff,

-against-

3 BP PROPERTY OWNER LLC ET AL.,

    Defendants.

19-cv-2829 (JGK)

MEMORANDUM OPINION & ORDER

JOHN G. KOELTL, United States District Judge:

The plaintiff alleges that the Court has jurisdiction over this matter under 28 U.S.C. § 1332(a)(1). See Compl. ¶ 5. Two of the defendants -- namely, 3 BP Property Owner LLC and Dadong Catering -- are limited liability companies. "[T]he citizenship of a limited liability company is determined by the citizenship of each of its members." Carter v. HealthPort Techs., LLC, 822 F.3d 47, 60 (2d Cir. 2016). However, the plaintiff has not pleaded the citizenship of each of the limited partners of defendants 3 BP Property Owner LLC and Dadong Catering. Compl. ¶¶ 2-3.

Accordingly, the plaintiff is directed to submit a letter to the Court by **May 23, 2019** explaining the citizenship of the limited partners of 3 BP Property Owner LLC and Dadong Catering.

SO ORDERED.

Dated:   May 16, 2019
       New York, New York

                                    JOHN G. KOELTL
                             United States District Judge