```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────

BARING INDUSTRIES, INC.,

           Plaintiff,          19cv2829 (JGK)

    - against -          ORDER

3 BP PROPERTY OWNER LLC et al.,

           Defendants.

───────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The defense should file an answer by July 20, 2020. The parties should file a Rule 26(f) report by July 24, 2020.

**SO ORDERED.**

**Dated:**    New York, New York
             July 13, 2020          /s/ John G. Koeltl
                                               John G. Koeltl
                                     United States District Judge