UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARING INDUSTRIES, INC.,      19-cv-2829 (JGK)

         Plaintiff,      ORDER

- against -

3 BP PROPERTY OWNER LLC et al.,

         Defendants.

JOHN G. KOELTL, District Judge:

As discussed at the conference held today, **October 22, 2020,** all certificates of default against Done Right Hood & Fire Safety Inc. ("Done Right") are vacated. The Order to Show Cause for a default judgment is denied without prejudice as moot. The time for Done Right to answer the complaint is **November 4, 2020.** The discovery deadline is extended to **April 23, 2021.** The time for dispositive motions is extended to **May 14, 2021.** The time for the Joint Pretrial Order and other pretrial filings is extended to **June 4, 2021,** or 21 days after decision of any dispositive motion, whichever is later. 14 days after the submission of the Joint Pretrial Order the parties shall be ready for trial on 48 hours' notice.

SO ORDERED.

Dated:     New York, New York
          October 22, 2020

                                        John G. Koeltl
                                   United States District Judge