UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------

BARING INDUSTRIES, INC.,     19-cv-2829 (JGK)

    Plaintiff,     ORDER

- against -

3 BP PROPERTY OWNER LLC et al.,

    Defendants.

------

JOHN G. KOELTL, District Judge:

The parties should submit the proposed schedule for the cross-motions for summary judgment by **July 16, 2021.**

The letter motion for additional discovery, if any, should be filed by **July 13, 2021,** and the response should be filed by **July 15, 2021.**

SO ORDERED.

Dated:    New York, New York
          July 8, 2021

                                  John G. Koeltl
                            United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/09/2021