UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARING INDUSTRIES, INC.,

                        Plaintiff.

       - against -

3 BP PROPERTY OWNER LLC, ET AL.,

                     Defendants.

                                  19-cv-2829 (JGK)

                                  ORDER

---

JOHN G. KOELTL, District Judge:

As discussed at the conference held today, the plaintiff may file a motion for reconsideration, and 3 BP Property Owner LLC ("3 BP") may file a motion for attorney's fees, on the following schedule:

- Opening briefs are due by **March 11, 2022;**
- Responsive briefs are due by **April 1, 2022;**
- Reply briefs are due by **April 11, 2022.**

After briefing is complete, 3 BP may supplement any motion for attorney's fees to account for fees incurred in connection with the plaintiff's motion for reconsideration.

SO ORDERED.

Dated:     New York, New York
              February 18, 2022

                             John G. Koeltl
                       United States District Judge