UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARING INDUSTRIES, INC.,

                Plaintiff,

- against -

3 BP PROPERTY OWNER LLC, ET AL.,

                Defendants.

19-cv-2829 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    3 BP Property Owner LLC is directed to submit courtesy copies of the papers filed in connection with its supplemental motion for summary judgment. See Individual Practice II.C.

SO ORDERED.

Dated:    New York, New York
           May 6, 2022

                                          John G. Koeltl
                                      United States District Judge