UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

BARING INDUSTRIES, INC.,

                    Plaintiff,

      -against-

3 BP PROPERTY OWNER, LLC, et al.,

                    Defendants.

-------------------------------------------------------------X

19-CV-02829 (JGK)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

       On April 29, 2022, Plaintiff filed its proposed findings of fact and conclusions of law. ECF No. 190. Defendant Dadong Catering was served the same day. ECF No. 191. Pursuant to the Court's scheduling order (ECF No. 177), Defendant's response was due on May 31, 2022. Because Defendants have failed to respond, the Court deems the matter fully briefed. The Court will address the matter in due course.

**SO ORDERED.**

                                                  _____
                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:    New York, New York
                June 6, 2022