

## ROSEN LAW LLC

Attorneys at Law

216 Lakeville Road
Great Neck, New York 11020
T 516.437.3400
F 516.334.3000

500 Village Square Crossing, Suite 101
Palm Beach Gardens, Florida 33410
T 561.899.9999
F 561.584.6434

Gary Rosen, Esq. | NY, FL, NJ, PA, GA
Jared Rosen, Esq. | NY, FL, NJ
Jaime Rosen, Esq. | NY, FL, NJ, CT
Michael J. Noonan, Esq. | NY
Joseph G. Noonan, Esq. | NY, IL

October 14, 2022

**APPLICATION GRANTED
SO ORDERED**

*[signature]*

John G. Koeltl, U.S.D.J.

10/17/22

**Via CM/ECF**
United States District Judge John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

RE: **Baring Industries, Inc. v. 3 BP Property Owner LLC, et.al
Docket No. 19-CV-2829
United States District Court for the Southern District of New York**

Dear Judge Koeltl:

This office represents Plaintiff Baring Industries Inc. in the above entitled action.

This letter is made with the consent of counsel for the Defendants 3 BP Property Owner LLC and Westchester Fire Insurance Company.

We respectfully request an extension of the deadlines set forth in the Court's Order issued on January 29, 2022 [Doc. No. 196] which provided that Plaintiff Baring Industries Inc. would submit any objections to the proposed judgments three (3) days after Defendant Defendants 3 BP Property Owner LLC and Westchester Fire Insurance Company filed their proposed judgment.

The proposed judgment was filed on October 13, 2022 which would give Plaintiff until October 16, 2022 to file any objections.

It is respectfully requested that the October 16, 2022 deadline for Plaintiff to file any objections to the proposed judgment be extended until October 20, 2022.

Thank you very much.

Respectfully submitted,

*[signature]*

Gary Rosen

cc: Mitchell Haddad, Esq.