UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARING INDUSTRIES, INC.,

        Plaintiff,

- against -

3 BP PROPERTY OWNER LLC, et al.,

        Defendants.

19-cv-2829 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    In an Order dated May 30, 2019, the Court ordered that the plaintiff was entitled to a default against defendant Dadong Catering LLC. ECF No. 31. The Court referred this matter to the Magistrate Judge for an inquest on damages. ECF No. 175. The plaintiff should indicate by **October 25, 2022** whether the default and inquest on damages will be pursued.

SO ORDERED.

Dated:    New York, New York
             October 18, 2022

                                            John G. Koeltl
                                     United States District Judge