UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARING INDUSTRIES, INC.,

                Plaintiff,          19-cv-2829 (JGK)

    - against -                    ORDER

3 BP PROPERTY OWNER LLC, ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

As discussed during today's telephone conference, the plaintiff's application to obtain a stay of the judgment pending appeal without posting a bond or other security is **denied.** See ECF No. 211. Enforcement of the judgment is stayed until **January 9, 2023** to allow for the plaintiff to post a bond in the amount of the judgment plus postjudgment interest at the federal statutory rate. See 28 U.S.C. § 1961. Any further stay will be subject to the posting of a bond by the plaintiff. Defendant 3 BP Property Owner LLC is directed to submit a proposed order by **January 3, 2023** regarding the scope of any further stay, as well as the posting of the bond. If necessary, the plaintiff may respond by **January 4, 2023.**

SO ORDERED.

Dated:    New York, New York
            December 22, 2022

                                              John G. Koeltl
                                    United States District Judge