```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

BARING INDUSTRIES, INC.,
                                Plaintiff,         19-cv-2829 (JGK)

        - against -                                ORDER

3 BP PROPERTY OWNER LLC, ET AL.,
                                Defendants.

**JOHN G. KOELTL, District Judge:**

The Court has reviewed the Report and Recommendation of Magistrate Judge Netburn dated May 16, 2023. ECF No. 229. Following an inquest on damages, the Magistrate Judge recommended that a judgment be entered against defendant DaDong Catering LLC ("DaDong") and in favor of plaintiff Baring Industries, Inc. ("Baring") in the amount of $320,356.94, plus prejudgment interest to accrue at a rate of 9% per annum, from July 18, 2018, to the date of the judgment, pursuant to N.Y. C.P.L.R. §§ 5002 and 5004. See ECF No. 229 at 6-7.

The time for objections to the Report and Recommendation has passed, and no objections were filed. In any event, this Court finds that the Report and Recommendation is well founded and should be adopted.

Therefore, the Clerk is directed to enter judgment in favor of Baring and against DaDong in the amount of $320,356.94, plus

prejudgment interest to accrue at a rate of 9% per annum, from July 18, 2018, to the date of the judgment.

The Clerk is directed to close all pending motions.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **June 20, 2023**

                                        /s/ John G. Koeltl
                                        **John G. Koeltl**
                                        **United States District Judge**