UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BARING INDUSTRIES, INC.,

                Plaintiff,                    19 **CIVIL** 2829 (JGK)(SN)

      -against-                       **<u>JUDGMENT</u>**

3 BP PROPERTY OWNER LLC, ET AL.,

                Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 20, 2023, this Court finds that the Report and Recommendation is well founded and should be adopted. Therefore, the judgment is entered in favor of Baring and against DaDong in the amount of $320,356.94, plus prejudgment interest to accrued at a rate of 9% per annum, from July 18, 2018, to the date of the judgment in the amount of $142,106.83 totaling in all to $462,463.77.

**Dated:**  New York, New York
          June 21, 2023

                                                                           **RUBY J. KRAJICK**

                                                                                     Clerk of Court

                           **BY:**

                                                                                      **Deputy Clerk**