UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARING INDUSTRIES, INC.,

        Plaintiff,

- against -

3 BP PROPERTY OWNER LLC, ET AL.,

        Defendants.

---

19-cv-2829 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a letter by **January 5, 2024,** with the parties' positions on whether the dispute with respect to the amount of the supersedeas bond is now moot in view of the decision of the Court of Appeals in the case.

SO ORDERED.

Dated:    New York, New York
            December 22, 2023

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                        United States District Judge