UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------------X

BARING INDUSTRIES, INC.,

                    Plaintiff,

- against -

3 BP PROPERTY OWNER LLC, DADONG CATERING LLC,
WESTCHESTER FIRE INSURANCE COMPANY,
DONE RIGHT HOOD & FIRE SAFETY INC.,
AA JEDSON COMPANY LLC,

                    Defendants.
-----------------------------------------------------------------------------------X

Docket No. 19-CV-2829
(JGK)(SN)

**SATISFACTION OF JUDGMENT**

**WHEREAS,** a Judgment was entered in the above entitled action on November 17, 2022 (Doc. No. 205) in the office of the Clerk of this Court in favor of Defendant 3 BP Property Owner LLC and against Plaintiff Baring Industries Inc. for the sum of $875,599.67, plus post-judgment interest from November 17, 2022 until the Judgment was paid and satisfied, and

**WHEREAS,** said Judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

**NOW THEREFORE,** full and complete satisfaction of said judgment is hereby acknowledged, the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said Judgment.

Dated: New York, New York
         February 20, 2024

SILLS CUMMIS & GROSS P.C.

_[signature]_

Mitchell D. Haddad, Esq.
101 Park Avenue, 28th Floor
New York, New York 10178
(212) 643-7000
*Attorneys for 3 BP Property Owner LLC and Westchester Fire Insurance Company*

10313204.v2

State of New York, County of New York

    On the 20th day of February 2024 before me personally came Mitchell D. Haddad, Esq., to me known and known to be a member of the firm of Sills Cummis & Gross P.C., attorneys for defendants 3 BP Property Owner LLC and Westchester Fire Insurance Company in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that (s)he executed the same.

_Jean M. Bernstein_
Notary Public

JEAN M. BERNSTEIN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BE5012788
Qualified in Queens County
My Commission Expires 06/15/2027

10313204.v2